FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV 27 AM 9: 36

CLERK /MW/
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

RIGOBERTO VARELA-ANDINO, )
)
    Movant, )
)
v. ) Case No. CV407-062
) [Underlying CR406-040]
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

After a careful _de novo_ review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 27 day of Nov, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA